#60949

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CANTON DIVISION

| | |
|---|---|
| In the matter of: | Case No. 10-60694 |
| MOORHEAD, TONY EUGENE<br>MOORHEAD, TAMMY SUE | Chapter 7 |
| | Judge RUSS KENDIG |
| Debtors. | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. §347 and Bankruptcy Rule 3010 the herein Trustee has combined dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No 116 in the amount of $2.12.

The dividend relates to the following claimant:

| Claimant | Amount |
|---|---|
| Discover Bank<br>Dfs Services LLC, PO Box 3025<br>New Albany, OH 43054-3025 | $ 2.12 |
| Total: | $ 2.12 |

/s/ MICHAEL V DEMCZYK
MICHAEL V DEMCZYK, Trustee, Reg. No. 0018863
12370 CLEVELAND AVENUE, NW, P O BOX 867
UNIONTOWN, OH 44685
Telephone: (330) 699-6703
Facsimile: (330) 699-4803

FILED 2011 FEB 16 PM 3:36 CLERK U.S. BANKRUPTCY COURT NORTHERN DISTRICT OF OHIO CANTON

*McNamara, Demczyk*
*& DeHaven Co., L.P.A.*
*Attorneys and Counselors at Law*
*12370 Cleveland Avenue, N.W.*
*Post Office Box 867*
*Uniontown, Ohio 44685-0867*